IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 14-20130-03-JAR |
| CORNELL JONES, | |
| Defendant. | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on Defendant Cornell Jones's *pro se* Motion for Reduction or Modification of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the United States Sentencing Guidelines ("U.S.S.G.") (Doc. 310). The Court has reviewed Defendant's motion and the underlying proceedings and, as explained below, denies Defendant's request.

Amendment 782 became effective on November 1, 2014, and generally reduces the base offense levels in the Drug Quantity Table in U.S.S.G. § 2D1.1 by two levels. On June 26, 2015, Defendant entered a plea of guilty to one count of possession with intent to distribute 100 grams or more of PCP in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(iv), and one count of conspiracy to possess with intent to distribute 5 kilograms or more of cocaine.[1] Defendant was held accountable for 1747.6 kilograms of marijuana equivalent, resulting in a base offense level of 30 under U.S.S.G. § 2D1.1(c)(5), pursuant to the 2014 United States Sentencing Commission Guidelines Manual, which incorporated Guideline amendments effective November 1, 2014 and

---

[1] Docs. 89, 90.

earlier.[2]  Based on Defendant's criminal history category III, the resulting Guidelines range was 120 to 135 months.[3]  On September 9, 2015, the Court sentenced Defendant to 135 months' imprisonment.[4]  The manual in effect at the time Defendant was sentenced in 2015 also results in a base offense level of 30.[5]  Thus, Defendant has already received the benefit of Amendment 782 and there is no harm under U.S.S.G. § 1B1.11.  Defendant's motion is denied.

**IT IS THEREFORE ORDERED BY THE COURT** that Defendant Cornell Jones's Motion for Reduction or Modification of Sentence under 18 U.S.C. § 3582(c)(2) and Amendment 782 to the United States Sentencing Guidelines (Doc. 310) is DENIED.

**IT IS SO ORDERED.**

Dated: March 2, 2021

S/ Julie A. Robinson
JULIE A. ROBINSON
CHIEF UNITED STATES DISTRICT JUDGE

.

---

[2] *See* Presentence Investigation Report, Doc. 102 ¶¶ 27–29.

[3] *Id.* ¶ 88.

[4] Doc. 105.

[5] United States Sentencing Commission *Guidelines Manual*, § 2D1.1(c)(5) (2015).